

**FILED**

JUN 1 4 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

v.

)
)
)
)
)
)

NO. _2:24 CV 105_

(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, _Rachel Kuntz_, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

# PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First  Middle  Last) | YEAR OF BIRTH

Rachel Lynn Kuntz | 12-4-1981

SOCIAL SECURITY NUMBER (last 4 digits only) | PHONE NOS.

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

HOME ADDRESS:

615 Pactolas St. Johnson City, TN 37604

OWN OR RENT?  |  HOW LONG AT CURRENT ADDRESS?

8

MARITAL STATUS:

Hardees  2102 W. Market St. Johnson City TN 37604

NAME AND ADDRESS OF CURRENT EMPLOYER:

423 444-3014

TELEPHONE NUMBER OF EMPLOYER:

8 MOS

HOW LONG AT CURRENT EMPLOYMENT?

Cashier

OCCUPATION (Describe what you do):

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: 850　　　　　NET: 750

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Case 2:24-cv-00105-JRG-CRW    Document 1    Filed 06/14/24    Page 2 of 10    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?  [ ] Yes     [ ] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                    [ ] Yes     [ ] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?          [ ] Yes     [ ] No

If YES, state the source and amount:

Gifts or inheritance?                                     [ ] Yes     [ ] No

If YES, state the source and amount:
2 0 0

Any other source?                                         [ ] Yes     [ ] No

If YES, state the source and amount:

Case 2:24-cv-00105-JRG-CRW    Document 1    Filed 06/14/24    Page 3 of 10    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH     $ _O_

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)     $
**(Do NOT include account numbers)**

_Northeast NCU_

_Eastman Credit Union_

_70_

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)     $
**(Do NOT include account numbers)**

STOCKS AND BONDS     $

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

    $ _O_

    $

    $

**TOTAL REAL ESTATE**     $

Page 4 of 10

Case 2:24-cv-00105-JRG-CRW     Document 1     Filed 06/14/24     Page 4 of 10     PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_____  $_____

_____  $_____

_____  $_____

**TOTAL PERSONAL PROPERTY**  $_____

MOTOR VEHICLES

Year/Make          License No.                    Current Value

_____  $_____

_____  $_____

_____  $_____

**TOTAL VALUE OF MOTOR VEHICLES**  $_____

DEBTS OWED TO YOU (Give Name of Debtor)

_____  $_____

_____  $_____

_____  $_____

**TOTAL DEBTS OWED TO YOU**  $_____

OTHER ASSETS (ITEMIZE)

_____  $_____

_____  $_____

_____  $_____

**TOTAL OTHER ASSETS**  $_____

**TOTAL OFF ALL ASSETS: $_____**

Case 2:24-cv-00105-JRG-CRW     Document 1     Filed 06/14/24     Page 5 of 10     PageID #: 5

# LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_____  .  $ _____0_____

_____  $ _____

_____  $  ._____

**TOTAL LOANS PAYABLE TO BANKS**  $ _____0_____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____  $ _____0_____

_____  $ _____0_____

_____  $ ____70____

**TOTAL LIABILITIES**   $ _____0_____

Case 2:24-cv-00105-JRG-CRW     Document 1     Filed 06/14/24     Page 6 of 10     PageID #: 6

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 560 | $ |
| ELECTRICITY | $ | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ | $ |
| FOOD | $ 300 | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ 80 | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ 30 | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| Phone | $ 45 | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

**TOTAL EXPENSES** $ 1015

Page 7 of 10

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First          Middle          Last)                    YEAR OF BIRTH

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)                    PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages | $_____ |
| Commissions | $_____ |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $_____ |
| **TOTAL:** | $_____ |

Page 8 of 10

Case 2:24-cv-00105-JRG-CRW     Document 1     Filed 06/14/24     Page 8 of 10     PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:       Age:       Relationship:       Living With Whom?

Robert Devin Bowers   16     Robert W. Bowers   Grand Father

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)    $ 0

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS    $ 0

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_____6 13 2024_____          _____Rachel Kunt_____
DATE                                        SIGNATURE

Created:        January 31, 2007
IPF Application.wpd

Page 10 of 10

Case 2:24-cv-00105-JRG-CRW    Document 1    Filed 06/14/24    Page 10 of 10    PageID #: 10